# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HUBBARD,<br><br>　　　　Plaintiff,<br>　　v.<br><br>EITAN GROUP NORTH AMERICA d/b/a EITAN MEDICAL, EITAN MEDICAL NORTH AMERICA, INC. d/b/a EITAN MEDICAL, and ROGER MASSENGALE, in his official and individual capacities,<br><br>　　　　Defendants. | Case No. 2:23-cv-02844-AB-JC<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER [#38]** |

The Court hereby adopts the parties' Stipulated Protective Order filed on October 19, 2023 [#38].

DATED: October 25, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　　United States Magistrate Judge